

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| DEVELOPMENT SERVICES GROUP, INC., | No. 11-762 C |
| Plaintiff, | |
| v. | Judge _____ |
| THE UNITED STATES, | FILING UNDER SEAL REQUESTED |
| Defendant. | |

## DISCLOSURE STATEMENT UNDER RCFC 7.1

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff Development Services Group, Inc., discloses that (1) its has no corporate parent and (2) no other publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Joseph J. Petrillo

**PETRILLO & POWELL, PLLC**
5335 Wisconsin Ave., Suite 440
Washington, DC 20015
(202) 887-0405
(202) 478-1656 fax
jp@petrillopowell.com
Counsel of Record for Plaintiff Development Services Group, Inc

Dated: November 14, 2011